32779. ATLANTIC COAST LINE RAILROAD COMPANY *et al. v.*
SWEATMAN.

MACINTYRE, P. J.  Under the rulings in *Atlantic Coast Line Railroad Company v. Sweatman,* ante, the petition in this case failed to set forth a cause of action in either count and the court erred in overruling the general demurrers to both counts of this petition.

*Judgment reversed.  Gardner and Townsend, JJ., concur.*

DECIDED MARCH 28, 1950.

*W. Neal Baird, Neely, Marshall & Greene,* for plaintiffs in error.

*Jackson L. Barwick, H. C. Morgan, James R. Venable,* contra.